DANA JOHN MCCUNE, STATE BAR #82525
STEVEN H. TAYLOR, STATE BAR #158848
McCUNE & HARBER, LLP
515 South Figueroa Street, Suite 1100
Los Angeles, California 90071
Telephone: (213) 689-2500
Facsimile: (213) 689-2501
dmccune@mccuneharber.com; staylor@mccuneharber.com

Attorneys for Defendants, CITY OF HAWTHORNE, KEITH KAUFFMAN, ROBERT CHAVEZ, LOUIS ESCOBAR, and JAG PATHIRANA [Public Entity, and public entity employees, Fee Exempt Pursuant to Government Code§6103]

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. ORTEGA, <br><br>     Plaintiff, <br><br> v. <br><br> COUNTY OF LOS ANGELES, CITY OF HAWTHORNE, KEITH KAUFFMAN, RONALD VALDIVIA, ROBERT CHAVEZ, LOUIS ESCOBAR, JAG PATHIRANA, KEITH RAYMOND, CINDY RAYMOND, OHI AND DOES 1 THROUGH 125, INCLUSIVE, <br><br>     Defendants. | Case No: 2:17-CV-06576-DMG-PLA <br><br> **ANSWER BY CITY DEFENDANTS TO PLAINTIFF'S FOURTH AMENDED COMPLAINT; DEMAND FOR JURY TRIAL** <br><br> Trial Date: N/A |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendants, CITY OF HAWTHORNE, KEITH KAUFFMAN, ROBERT CHAVEZ, LOUIS ESCOBAR, and JAG PATHIRANA ("City Defendants" or "Defendants") respond to the Fourth Amended Complaint of Plaintiff EDWARD J. ORTEGA as follows:

-1-

In response to paragraph 1 of the Fourth Amended Complaint, City Defendants are without sufficient information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 2 of the Fourth Amended Complaint, Defendants admit that Plaintiff filed a Claim for Damages with the City of Hawthorne on or about July 10, 2014 and that the City of Hawthorne provided a rejection of claim letter in response. Defendants admit that City Manager Mike Goodson received a letter dated April 28, 2014 from Gary Casselman regarding Plaintiff.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the other allegations in this paragraph, and on that basis, deny each allegation.

In response to paragraph 3 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 4 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 5 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 6 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 7 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 8 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

/ / /

/ / /

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

-2-

In response to paragraph 9 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 10 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 11 of the Fourth Amended Complaint, these allegations are vague and ambiguous and refer to unnamed Doe Defendants. As such, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation as to unnamed Doe defendants.

In response to paragraph 12 of the Fourth Amended Complaint, these allegations are vague and ambiguous and refer to unnamed Doe Defendants. As such, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation as to unnamed Doe defendants.

In response to paragraph 13 of the Fourth Amended Complaint, these allegations are vague and ambiguous and refer to unnamed Doe Defendants. As such, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation as to unnamed Doe defendants.

In response to paragraph 14 of the Fourth Amended Complaint, these allegations are vague and ambiguous and refer to unnamed Doe Defendants. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation as to unnamed Doe defendants.

In response to paragraph 15, Defendants admit that Keith Kauffman was employed by the City of Hawthorne as a Captain of the City of Hawthorne Police

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

-3-

Department between approximately 2008 and 2015. As to the allegations regarding Defendant Kauffman's alleged "powers" and authority, these allegations are vague and ambiguous and as such the Defendants deny these allegations. Defendants specifically deny that there was any joint adoption of policies and prescription of rules as inferred by these allegations. Defendants also deny that Defendant Kauffman had sole or unilateral authority to adopt policies, prescribe rules, etc., to the extent that is alleged. As to any other allegations within this paragraph, Defendants are without sufficient knowledge or information to form a belief as to the truth of those allegations, and on that basis, deny each allegation as to unnamed Doe defendants.

In response to paragraph 16 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 17 of the Fourth Amended Complaint, Defendants admit that Defendant Escobar was a former accounting manager employee of Defendant City of Hawthorne. The phrase "acting under color of authority" is vague and ambiguous and as such Defendants are without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in the paragraph, and on that basis, deny those allegations.

In response to paragraph 18 of the Fourth Amended Complaint, Defendants admit that Defendant Chavez was a former employee of Defendant City of Hawthorne. The phrase "acting under color of authority" is vague and ambiguous and as such Defendants are without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in the paragraph, and on that basis, deny those allegations.

In response to paragraph 19 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 20 of the Fourth Amended Complaint, Defendants deny each allegation.

/ / /

-4-

In response to paragraph 21 of the Fourth Amended Complaint, Defendants admit that Defendant Pathirana was a former employee and City Manager for Defendant City of Hawthorne. The phrase "acting under color of authority" is vague and ambiguous and as such Defendants are without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in the paragraph, and on that basis, deny those allegations.

In response to paragraph 22 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 23 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 24 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 25 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 26 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 27 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 28 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 29 of the Fourth Amended Complaint, Defendants deny each allegation.

/ / /

/ / /

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

-5-

In response to paragraph 30 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 31 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 32 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 33 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 34 of the Fourth Amended Complaint, Defendants admit that an agreement dated April 26, 2010 between the City of Hawthorne and O.H.I. Services for interviewing and investigating City matters was signed by Interim City Manager Jim Mitsch on May 10, 2010 and that Plaintiff interviewed City employees as part of an investigation.  Defendants specifically deny that Plaintiff was ever an "employee of the City."  Defendants are without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in the paragraph, and on that basis, deny those allegations.

In response to paragraph 35 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 36 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 37 of the Fourth Amended Complaint, Defendants deny each allegation.

/ / /

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

In response to paragraph 38 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 39 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 40 of the Fourth Amended Complaint, Defendants deny each allegation including the allegations contained within paragraphs 40 (a) through 40 (h).

In response to paragraph 41 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 42 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 43 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 44 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 45 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 46 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 47 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 48 of the Fourth Amended Complaint, Defendants admit that on or about May 18, 2010 there was a meeting held that included the presence of Angie English, Jim Mitsch, Russ Miyahira, Alex Vargas and Edward Ortega.

-7-

Defendants deny that it was a City Council meeting and deny the other allegations contained within this paragraph.

In response to paragraph 49 of the Fourth Amended Complaint, Defendants admit that on or about May 18, 2010 there was a meeting held that included the presence of Angie English, Jim Mitsch, Russ Miyahira, Alex Vargas and Edward Ortega. Defendants deny that it was a City Council meeting and deny that Plaintiff was promised he would be indemnified.

In response to paragraph 50 of the Fourth Amended Complaint, Defendants admit that on or about May 18, 2010 there was a meeting held that included the presence of Angie English, Jim Mitsch, Russ Miyahira, Alex Vargas and Edward Ortega. Defendants are without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in the paragraph, and on that basis, deny each of those allegations.

In response to paragraph 51 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 52 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 53 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 54 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 55 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

/ / /

/ / /

-8-

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

In response to paragraph 56 of the Fourth Amended Complaint, Defendants admit that Keith Raymond filed a Claim for Damages on or about March 15, 2011 and that the claim was denied on or about March 28, 2011. Defendants are without sufficient knowledge or information to form a belief as to the truth of the other allegations contained in the paragraph, and on that basis, deny those allegations.

In response to paragraph 57 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 58 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 59 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 60 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 61 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 62 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 63 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 64 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 65 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

/ / /

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

-9-

In response to paragraph 66 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 67 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 68 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 69 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 70 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 71 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 72 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 73 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 74 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

/ / /

/ / /

-10-

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

J:\WPDOCs\Ortega, E. v. City of Hawthorne\USDC\Answer by City Defs to 4th Amd CP of Plf.docx 37300001   Answer By City Defs To 4th Amd CP

In response to paragraph 75 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 76 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 77 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 78 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 79 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 80 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 81 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 82 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 83 of the Fourth Amended Complaint, Defendants deny each allegation with the exception that Defendants Chavez, Pathirana, Escobar and Chavez were all former employees of Defendant City.

/ / /

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-11-

In response to paragraph 84 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 85 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 86 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 87 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 88 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 89 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 90 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 90 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 91 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

/ / /

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

-12-

In response to paragraph 92 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 93 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 94 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 95 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 96 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 97 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 98 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 99 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 100 of the Fourth Amended Complaint, Defendants admit that Defendant Pathirana made the statement quoted to Sandy Mazza of the Daily Breeze regarding his opinion concerning Plaintiff's criminal case.

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-13-

In response to paragraph 101 of the Fourth Amended Complaint, Defendants admit that Plaintiff's counsel sent a letter dated April 27, 2014 to City Manager Mike Goodson entitled, "Express Indemnification of Edward J. Ortega." Defendants deny that they "refused" to respond to the letter and assert that Plaintiff is not entitled to indemnification under the law.

In response to paragraph 102 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 103 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 104 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 105 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 106 of the Fourth Amended Complaint, Defendants admit that Defendants Kauffman, Escobar and Chavez are former employees of Defendant City. However, Defendants deny that any alleged actions by these Defendants constituted "state action."

Paragraph 107 of the Fourth Amended Complaint is an incorporation of previous paragraphs and does not require an admission or denial.

In response to paragraph 108 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 109 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 110 of the Fourth Amended Complaint, Defendants deny that Plaintiff was ever an employee of the City. Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegation that Plaintiff was an employee of O.H.I., C. Raymond and Keith Raymond.

/ / /

-14-

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

In response to paragraph 111 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 112 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 113 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 114 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 115 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 116 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 117 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 118 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 119 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 120 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 121 of the Fourth Amended Complaint, Defendants deny each allegation and assert that Plaintiff is not entitled to any damages or attorneys' fees. However, Defendants admit that Plaintiff is alleging that he has been damaged.

Paragraph 122 of the Fourth Amended Complaint is an incorporation of previous paragraphs and does not require an admission or denial.

-15-

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

In response to paragraph 123 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation. Defendants deny that Plaintiff was every "falsely imprisoned."

In response to paragraph 124 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 125 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 126 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 127 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 128 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 129 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 130 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 131 of the Fourth Amended Complaint, Defendants deny each allegation and assert that Plaintiff is not entitled to any damages or attorneys' fees. However, Defendants admit that Plaintiff is alleging that he has been damaged.

-16-

Paragraph 132 of the Fourth Amended Complaint is an incorporation of previous paragraphs and does not require an admission or denial.

In response to paragraph 133 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 134 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 135 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 136 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 137 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 138 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 139 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 140 of the Fourth Amended Complaint, Defendants deny each allegation and assert that Plaintiff is not entitled to any damages or attorneys' fees. However, Defendants admit that Plaintiff is alleging that he has been damaged.

Paragraph 141 of the Fourth Amended Complaint is an incorporation of previous paragraphs and does not require an admission or denial.

In response to paragraph 142 of the Fourth Amended Complaint, Defendants admit the allegations to the extent it is an accurate statement of the law.  However, Defendants deny that they violated any constitutional or statutory rights in regards to Plaintiff.

In response to paragraph 143 of the Fourth Amended Complaint, Defendants admit the allegations to the extent it is an accurate statement of the law.  However,

-17-

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

Defendants deny that they violated any constitutional or statutory rights in regards to Plaintiff.

In response to paragraph 144 of the Fourth Amended Complaint, Defendants admit the allegations to the extent it is an accurate statement of the law.  However, Defendants deny that they violated any constitutional or statutory rights in regards to Plaintiff.

In response to paragraph 145 of the Fourth Amended Complaint, Defendants admit the allegations to the extent it is an accurate statement of the law.  However, Defendants deny that they violated any constitutional or statutory rights in regards to Plaintiff.

In response to paragraph 146 of the Fourth Amended Complaint, Defendants admit the allegations to the extent it is an accurate statement of the law.  However, Defendants deny that they violated any constitutional or statutory rights in regards to Plaintiff.

In response to paragraph 147 of the Fourth Amended Complaint, Defendants admit the allegations to the extent it is an accurate statement of the law.  However, Defendants deny that they violated any constitutional or statutory rights in regards to Plaintiff.

In response to paragraph 148 of the Fourth Amended Complaint, Defendants admit the allegations to the extent it is an accurate statement of the law.  However, Defendants deny that they violated any constitutional or statutory rights in regards to Plaintiff.

In response to paragraph 149 of the Fourth Amended Complaint, Defendants admit the allegations to the extent it is an accurate statement of the law.  However, Defendants deny that they violated any constitutional or statutory rights in regards to Plaintiff.

In response to paragraph 150 of the Fourth Amended Complaint, Defendants deny each allegation.

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-18-

In response to paragraph 151 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 152 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 153 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 154 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 155 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 156 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 157 of the Fourth Amended Complaint, Defendants deny each allegation and assert that Plaintiff is not entitled to any damages or attorneys' fees. However, Defendants admit that Plaintiff is alleging that he has been damaged.

In response to paragraph 158 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 159 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 160 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 161 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 162 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 163 of the Fourth Amended Complaint, Defendants deny each allegation.

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-19-

In response to paragraph 164 of the Fourth Amended Complaint, Defendants deny each allegation and assert that Plaintiff is not entitled to any damages or attorneys' fees. However, Defendants admit that Plaintiff is alleging that he has been damaged.

Paragraph 165 of the Fourth Amended Complaint is an incorporation of previous paragraphs and does not require an admission or denial.

In response to paragraph 166 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 167 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 168 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 169 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 170 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 171 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 172 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 173 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 174 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 175 of the Fourth Amended Complaint, Defendants deny each allegation and assert that Plaintiff is not entitled to any damages or attorneys' fees. However, Defendants admit that Plaintiff is alleging that he has been damaged.

Paragraph 176 of the Fourth Amended Complaint is an incorporation of previous paragraphs and does not require an admission or denial.

-20-

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

In response to paragraph 177 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 178 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 179 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 180 of the Fourth Amended Complaint, Defendants admit that Defendant Pathirana is a resident of California and Los Angeles County.

In response to paragraph 181 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 182 of the Fourth Amended Complaint, Defendants admit that Defendant Pathirana made statements to Sandy Mazza of the Daily Breeze regarding his opinion concerning Plaintiff's criminal case that were published by the Daily Breeze. As to any other allegation, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each other allegation.

In response to paragraph 183 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 184 of the Fourth Amended Complaint, Defendants admit that Defendant Pathirana made statements to Sandy Mazza of the Daily Breeze regarding his opinion concerning Plaintiff's criminal case that were published by the Daily Breeze.

In response to paragraph 185 of the Fourth Amended Complaint, Defendants admit that Defendant Pathirana made statements to Sandy Mazza of the Daily Breeze regarding his opinion concerning Plaintiff's criminal case that were published by the

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-21-

Daily Breeze.  As to any other allegation, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each other allegation.

In response to paragraph 186 of the Fourth Amended Complaint, Defendants admit that Defendant Pathirana made statements to Sandy Mazza of the Daily Breeze regarding his opinion concerning Plaintiff's criminal case that were published by the Daily Breeze.  As to any other allegation, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each other allegation.

In response to paragraph 187 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 188 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 189 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 190 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 191 of the Fourth Amended Complaint, Defendants deny each allegation and assert that Plaintiff is not entitled to any damages or attorneys' fees. However, Defendants admit that Plaintiff is alleging that he has been damaged.

Paragraph 192 of the Fourth Amended Complaint is an incorporation of previous paragraphs and does not require an admission or denial.

In response to paragraph 193 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

/ / /

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-22-

In response to paragraph 194 of the Fourth Amended Complaint, Defendants deny that they breached their duties as alleged in Paragraph 194(a) through (m).  The allegation that the Defendants were "knowledgeable in employment laws, and each had received training, in the course of their employment and/or as peace officers, to use good judgment and use sound and reasonable employment and/or police practices toward that end" is vague and ambiguous and Defendants are without sufficient knowledge or information to form a belief as to the truth of that allegation.

In response to paragraph 195 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 196 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 197 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 198 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 199 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 200 of the Fourth Amended Complaint, Defendants deny each allegation.

Paragraph 201 of the Fourth Amended Complaint is an incorporation of previous paragraphs and does not require an admission or denial.

In response to paragraph 202 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 203 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

/ / /

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-23-

In response to paragraph 204 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 205 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 206 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 207 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

Paragraph 208 of the Fourth Amended Complaint is an incorporation of previous paragraphs and does not require an admission or denial.

In response to paragraph 209 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 210 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 211 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 212 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 213 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 214 of the Fourth Amended Complaint, Defendants deny each allegation.

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-24-

In response to paragraph 215 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 216 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 217 of the Fourth Amended Complaint, Defendants deny each allegation.

In response to paragraph 218 of the Fourth Amended Complaint, Defendants deny each allegation.

Paragraph 219 of the Fourth Amended Complaint is an incorporation of previous paragraphs and does not require an admission or denial.

In response to paragraph 220 of the Fourth Amended Complaint, Defendants admit the allegations to the extent it is an accurate statement of the law. However, Defendants deny that they violated any constitutional or statutory rights in regards to Plaintiff.

In response to paragraph 221 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 222 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 223 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 224 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

/ / /

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-25-

In response to paragraph 225 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 226 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 227 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

In response to paragraph 228 of the Fourth Amended Complaint, Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the paragraph, and on that basis, deny each allegation.

## **AFFIRMATIVE DEFENSES**

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

The Fourth Amended Complaint fails to state facts sufficient to constitute a cause of action against Defendants.

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

At the time of the incidents referred to in Plaintiff's Fourth Amended Complaint, the Plaintiff was negligent or at fault and failed to use that degree of care and caution which a reasonably prudent person would have used under the same or similar circumstances; that Plaintiff's negligence or fault must be compared with the negligence or fault of Defendants, as well as that of any other persons and parties, and that any award to the Plaintiff must be reduced by the amount that the Plaintiff's negligence or fault contributed to his injuries and damages.

-26-

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

All of the alleged actions in this matter and alleged damages to Plaintiff were proximately caused and contributed by Plaintiff.

AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

By the exercise of reasonable effort, Plaintiff could have mitigated the amount of damages, if any there were, but Plaintiff failed and refused, and continues to fail and refuse to exercise a reasonable effort to mitigate damages and therefore Plaintiff is barred from seeking recovery of those damages.

AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Defendants acted in good faith and exercised due care and did not directly or indirectly perform any acts whatsoever which would constitute a violation of any rights possessed by Plaintiff, or any duty owed to Plaintiff.

AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Any and all acts or omissions of Defendants or its employees or agents which allegedly caused the incidents at the time and place set forth in the Fourth Amended Complaint were the result of the exercise of discretion vested in it and, therefore, Defendants are not liable to Plaintiff for any of the alleged injuries or damages pursuant to Government Code §820.2 and 815.

/ / /

/ / /

/ / /

-27-

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff failed to comply with the Tort Claims Act and/or failed to timely file a sufficient Claim with Defendant City of Hawthorne, as required by Government Code §§ 901, 910, 911.2 and 905, et seq.

AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Defendants may not be not be liable in this action in that Plaintiff has filed the instant Complaint more than six months after the claim, if any, Plaintiff's claim presented was rejected in writing and personally delivered or deposited in the mail pursuant to Government Code § 945.6.

AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

The Fourth Amended Complaint and Petition is barred by all applicable statutes of limitation, including but not limited to, the Code of Civil Procedure §§ 335.1, 337, 338, 339 and 340; *Gibson v. United States* (1986) 781 F.2d 1334, 1338.

AS A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANT ALLEGES:

The Court lacks jurisdiction and Plaintiff's causes of action are completely or partially barred because Plaintiff failed to timely exhaust all administrative, quasi-judicial and judicial remedies.

/ / /

/ / /

/ / /

/ / /

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-28-

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

AS AN ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, THIS ANSWERING DEFENDANT ALLEGES:

Plaintiff has not sued Defendant City of Hawthorne, a public entity, pursuant to authority provided by statute and, consequently, Defendants are not liable pursuant to Government Code §§815 and 820.

AS A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Defendants are not liable pursuant to Government Code §815.6, in that it discharged with reasonable diligence all mandatory duties.

AS A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Defendants are not liable for the damages, if any, alleged in the Fourth Amended Complaint in that a public entity is not liable for any injury caused by adopting or failing to adopt an enactment or by failing to enforce the law under Government Code §§818.2 and 821.

AS A FOURTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Any and all acts or omissions which allegedly created the condition at the time and place of the alleged accident were caused by third parties and, therefore, Defendants are not liable to Plaintiff for any of the alleged damages pursuant to the law, including but not limited to Government Code §820.8.

/ / /

/ / /

/ / /

-29-

AS A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Defendants have not deprived any person of any right, privilege or immunity guaranteed by the Constitution or laws of the United States.

AS A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Neither a public entity or a public employee acting within the scope of his employment is liable for an injury caused by a public employee misrepresentation, whether the misrepresentation be negligent or intentional pursuant to Government Code §818.8.

AS A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Any damages should be in direct proportion to the fault of the defendants as provided by Civil Code §1431 to 1431.5.

AS AN EIGHTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

At the time and place of the alleged incidents in Plaintiff's Fourth Amended Complaint, Plaintiff knew of the danger and risk incident to his activity, but nevertheless freely and voluntarily exposed himself to all risks of harm and thus assumed all risk of harm incidental thereto.

AS A NINTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

If Defendants' conduct is found to have been wrongful, which Defendants deny and continue to deny, then Plaintiff's claims are barred by the doctrine of unclean hands.

-30-

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

AS A TWENTIETH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

The Fourth Amended Complaint and each of its causes of action are barred by the doctrines of waiver, estoppel and/or consent.

AS A TWENTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

The Fourth Amended Complaint and each of its causes of action are barred either in whole or in part by the doctrine of after-acquired evidence.

AS A TWENTY-SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Any and all acts or omissions of Defendants, its employees or agents, were the result of the exercise of discretion vested in them and, therefore, Defendants are not liable to Plaintiff for any of the alleged injuries or damages pursuant to Government Code §§820.2, 821.6 and 815; *Caldwell v. Montoya* (1995) 10 Cal.4th 972.

AS A TWENTY-THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

The Fourth Amended Complaint and each of its causes of action are barred because all acts of Defendants were privileged or justified under the law.

AS A TWENTY-FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff's causes of action are completely or partially barred because Defendants are entitled to immunity under the law including but not limited to the relevant statutory immunity, qualified immunity, discretionary immunity and/or immunity under the Eleventh Amendment.

-31-

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

AS A TWENTY-FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE: Plaintiff's First Cause of Action for Violation of Whistleblower Statutes fails because Plaintiff was never an employee of Defendant City of Hawthorne.

AS A TWENTY-SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE: Plaintiff's First Cause of Action for Violation of Whistleblower Statutes fails because Plaintiff never disclosed a violation of a state or federal statute, or a violation or noncompliance with a state or federal rule or regulation.

AS A TWENTY-SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE: Plaintiff's First Cause of Action for Violation of Whistleblower Statutes fails because the alleged adverse action taken against Plaintiff would have occurred anyway for legitimate business reasons.

AS A TWENTY-EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE: Plaintiff's Third Cause of Action for Breach of Indemnity Contract fails because a lack of privity in that Plaintiff was not a party to the alleged contract.

AS A TWENTY-NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE: Plaintiff's Third Cause of Action for Breach of Indemnity Contract fails because the alleged contract was unenforceable as it was not properly authorized by the Hawthorne City Council.

/ / /

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-32-

AS A THIRTIETH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff's Third Cause of Action for Breach of Indemnity Contract fails because consent to the contract was created by fraud or misrepresentation.

AS A THIRTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff's Third Cause of Action for Breach of Indemnity Contract fails because of the statute of frauds and/or the alleged promise to indemnify Plaintiff was not in writing.

AS A THIRTY-SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff's Sixth Cause of Action for Conspiracy fails because Conspiracy is not a cause of action under the law, but a legal doctrine that imposes liability on persons, although not actually committing a tort themselves, share with the immediate tortfeasors a common plan or design in its preparation. (*Applied Equipment Corp. v. Litton Saudi Arabia Ltd.* (1994) 7 Cal.4th 503, 510-511.)

AS A THIRTY-THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff's Seventh Cause of Action for Defamation is barred because the alleged statements made by Defendant Pathirana are substantially true.

/ / /

/ / /

/ / /

/ / /

/ / /

-33-

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

AS A THIRTY-FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff's Seventh Cause of Action for Defamation is barred because the alleged statements made by Defendant Pathirana were fair comments made by a citizen exercising his right of free speech and opinion, discussing matters of public importance.

AS A THIRTY-FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff's Seventh Cause of Action for Defamation is barred because the alleged statements made by Defendant Pathirana are protected by the fair report privilege under Civil Code§47(d).

AS A THIRTY-SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff's Fourth Amended Complaint fails to state a cause of action against Defendants as there can be no recovery for federal civil violation when there is no constitutional deprivation under a government custom or policy. (*Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658.)

AS A THIRTY-SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff's Fourth Amended Complaint fails to state a cause of action for violation of civil rights, or any deprivation of civil rights was not without due process of law.

AS A THIRTY-EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

There is no imputed liability between public officers in actions under the Federal Civil Rights Act and there is no implied liability between a public officer and the

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

-34-

employing public entity.  (*Monell v. Department of Social Services of the City of New York* (1978) 436 U.S. 658.)

AS A THIRTY-NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Any actions alleged by Plaintiff as to Defendants were taken in accordance with established policies and procedures in accordance with the law and were privileged.

AS A FORTIETH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

There was no deliberate indifference by Defendants to the rights of Plaintiff.

AS A FORTY-FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff has failed to demonstrate any arbitrary or capricious government action to sustain a claim of a substantive due process violation under 42 U.S.C.§1983.

AS A FORTY-SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff's Fourth Amended Complaint fails to establish that any activity alleged to have caused the unconstitutional deprivation executes a policy, ordinance, regulation, or decision officially adopted or promulgated by Defendants.

AS A FORTY-THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff's Fourth Amended Complaint fails to establish that Defendants had any policies or customs affecting any of the alleged acts giving rise to Plaintiff's constitutional claims.

McCune & Harber, LLP
515 South Figueroa St.
Los Angeles, CA 90071
(213) 689-2500
Fax (213) 689-2501

-35-

AS A FORTY-FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Defendants are not liable for any damages alleged because Plaintiff has not suffered any actual wage loss or loss of earnings as a result of the allegations in the Fourth Amended Complaint.

AS A FORTY-FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Defendants are not liable for any damages alleged because a public employee is not liable for any injury caused by his instituting or prosecuting any judicial or administrative proceeding within the scope of his employment, even if he acts maliciously and without probable cause.  (*Jacqueline T. v. Alameda County Child Protective Servs.* (2007 155 Cal.App.4th 456, 468).

AS A FORTY-SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

There is no causal link or nexus between Plaintiff's alleged protected activities and any alleged adverse actions taken by Defendants.

AS A FORTY-SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Assuming Defendant Kauffman was involved in the prosecution of Plaintiff, Defendant Kauffman is protected by prosecutorial immunity under Government Code§ 821.6 as to any claim for malicious prosecution.

/ / /

/ / /

/ / /

/ / /

-36-

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

AS A FORTY-EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff's Tenth Cause of Action for Malicious Prosecution under the Fourth Amendment must fail because the alleged prosecution of Plaintiff was conducted by another independent agency and was not conducted by Defendant Kauffman.

AS A FORTY-NINTH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FOURTH AMENDED COMPLAINT, DEFENDANTS ALLEGE:

Plaintiff's Eleventh Cause of Action for Fabrication of Evidence under the Fourteenth Amendment must fail because the alleged search warrant documents were not prepared or presented by Defendant Kauffman, rather they were prepared and presented by another individual or agency.

AS A FIFTIETH, SEPARATE AND AFFIRMATIVE DEFENSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT, DEFENDANT ALLEGES:

Because the Fourth Amended Complaint is couched in conclusionary terms, Defendants cannot fully anticipate all of the affirmative defenses that may be applicable to this action.  Accordingly, Defendants reserve the right to assert additional affirmative defenses, if done to the extent that such affirmative defenses are applicable.

WHEREFORE, Defendants pray that Plaintiff take nothing by reason of his Fourth Amended Complaint and that Defendants be given judgment for its costs of suit incurred herein, to be incurred, and for such other and further relief as the Court deems just and proper.

Defendants are further entitled to seek reasonable attorneys' fees against Plaintiff as a prevailing party in civil rights law suits under the Civil Rights Attorney's Fee Award Act of 1976 (42 U.S.C.§1983).

/ / /

-37-

## **DEMAND FOR JURY TRIAL**

Defendant demands a jury trial pursuant to FRCP 38(a).

DATED:      October 2, 2017                 McCUNE & HARBER, LLP

By:_____

        DANA JOHN MCCUNE, ESQ
        STEVEN H. TAYLOR, ESQ
Attorneys for Defendants, CITY OF
HAWTHORNE, KEITH KAUFFMAN,
ROBERT CHAVEZ, LOUIS ESCOBAR,
and JAG PATHIRANA

McCUNE & HARBER, LLP
515 SOUTH FIGUEROA ST.
LOS ANGELES, CA 90071
(213) 689-2500
Fax (213) 689-2501

-38-