| Case No. | **CV 17-6576-DMG (PLAx)** | Date | May 7, 2019 |
|---|---|---|---|
| Title | ***Edward J. Ortega v. County of Los Angeles, et al.*** | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO SHOW CAUSE RE SANCTIONS**

On April 23, 2019, this Court struck the filing of the various sets of jury instructions [Doc. ## 93, 97, and 101] for failure to comply with the Court's Scheduling and Case Management Order ("CMO") [Doc. # 24] and ordered counsel to meet and confer and, no later than April 30, 2019, file their agreed and disputed jury instructions in compliance with the CMO. [Doc. # 117.] Counsel have failed to file their jury instructions. On May 1, 2019, counsel jointly filed an "index" of jury instructions which appears to be a listing of titles of jury instructions without any explanation as to why they have failed to comply with the Court's April 23, 2019 Order or the Court's CMO (e.g., why they disagree on certain instructions, and what they propose as an alternative). And counsel cannot claim they are unfamiliar with the Court's procedures or how to prepare for a trial in federal court.

Accordingly, IT IS ORDERED that no later than **May 10, 2019**, counsel shall (1) file their agreed and disputed instructions in compliance with the Court's CMO and (2) show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order.