JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| EDWARD J. ORTEGA, | CASE NUMBER |
| --- | --- |
| PLAINTIFF | CV 17-6576-DMG (PLAx) |
| v. | |
| COUNTY OF LOS ANGELES, et al., | **JUDGMENT ON THE VERDICT FOR DEFENDANT** |
| DEFENDANTS. | |

This action having been tried before the Court sitting with a jury, the Honorable Dolly M. Gee, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff Edward J. Ortega take nothing against Defendant Ronald Valdivia and that the action be dismissed on the merits.[1]

Clerk, U. S. District Court

Dated: August 8, 2019    By    /s/
                                Kane Tien, Deputy Clerk

---

[1] The Court was informed on the first day of trial, July 30, 2019, that Plaintiff and Defendant Jag Pathirana had entered into a settlement. Subsequently, on August 2, 2019, Plaintiff and Defendant Keith Kauffman also entered into a settlement.